## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JEREMY CARRUTH**                                                                                    **PLAINTIFF**

**V.**                                      **CASE NO.  3:06CV00181 BD**

**MICHAEL J.  ASTRUE,**
**Commissioner,**
**Social Security Administration**[1]                                          **DEFENDANT**


### JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this case

is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. §

405(g), for actions consistent with the Memorandum Opinion and Order.

DATED this 28th day of January, 2008.


_____

UNITED STATES MAGISTRATE JUDGE


---

[1]Michael J. Astrue was sworn in as the Commissioner of Social Security on
February 12, 2007.  He is therefore substituted for Jo Anne B. Barnhart under
Fed.R.Civ.P. 25(d)(1).